**Order entered November 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00340-CR

**JANINE JOYCE CHARBONEAU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-80751-2012**

## ORDER

The Court has before it appellant's November 14, 2013 "motion to compel copies of the reporter's true and correct audio tapes of Danny Davis' Trial Testimony, Erin Shults, DVM's Testimony, and the Reading of the Verdict and Sentence." Although the reporter's record has not yet been filed in this appeal, appellant is raising complaints about the accuracy of the testimony and wants this Court to order the court reporter to give appellant a copy of the original recording. We **DENY** appellant's motion.

The Court also has before it appellant's November 14, 2013 "Motion for Specific Evidence to be Sent to the Fifth Court of Appeals in Accordance to TRAP 34.5(F)." In the motion, appellant complains about the copies of certain pictures in the clerk's record. Appellant asks that we order the Collin County Clerk to send color pictures in place of the black and white

pictures.  We note that the clerk's record consists of over 600 pages in three volumes.  Appellant does not identify which pages of the record contain the complained-of copies and the Court will not search the record to determine which documents appellant wants redone.  Accordingly, we **DENY** the motion without prejudice to appellant filing a subsequent motion that identifies the specific volume and page numbers she wishes to have refiled.


/s/      LANA MYERS
         JUSTICE